# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 15, 2021

Lyle W. Cayce
Clerk

No. 20-60094
Summary Calendar

Arturo Espino-Martinez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A206 261 764

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Arturo Espino-Martinez, a native and citizen of Mexico, petitions us to review the Board of Immigration Appeal's denial of his motion to reconsider. He argues that we can review the determination that he committed a crime of moral turpitude and he argues that the incorrect

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60094

analytical standard was applied to this claim.  We lack jurisdiction to consider the discretionary denial of the claims in this case.  *See INS v. Rios-Pineda*, 471 U.S. 444, 449 (1985); *Peralex v. Casillas*, 903 F.2d 1043, 1051 (5th Cir. 1990).

DISMISSED.